UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>MUHAMMAD SHAKEEL AWAISI<br>a/k/a SHAKEEL AWAISI<br><br>Debtor | )<br>)<br>)<br>)<br>)<br>) CHAPTER 7<br>) CASE NO. 05-49810-hjb<br>)<br>)<br>) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE CLERK OF THE COURT AND ALL PARTIES:

Pursuant to Fed. R. Bankr. P. 9010 and MLBR 9010-3, please enter the appearance of the law firm of Kroll, McNamara, Evans & Delehanty, LLP, 29 South Main Street, West Hartford, Connecticut 06107, as attorneys for J. Norbert Properties, LLC.

The undersigned hereby request copies of all notices, papers, motions, pleadings and orders required to be given pursuant to Bankruptcy Rule 2002 and otherwise filed by any party in the above-captioned case.

J. NORBERT PROPERTIES, LLC
By its attorneys,

/s/ David A. Lavenburg
David A. Lavenburg, Esq.  BBO#557558
Kroll, McNamara, Evans & Delehanty, LLP
29 South Main Street
West Hartford, CT 06107
(860) 561-7070

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| MUHAMMAD SHAKEEL AWAISI | ) |
| a/k/a SHAKEEL AWAISI | ) |
| | )  CHAPTER 7 |
| | )  CASE NO. 05-49810-hjb |
| Debtor | ) |

## CERTIFICATE OF SERVICE

I, David A. Lavenburg, Esq., hereby certify that on this 16th day of November, 2005, I caused to be served a true and accurate copy of the foregoing Notice of Appearance, by first class mail, postage pre-paid, or by electronic mailing, upon the following:

Office of the United States Trustee
446 Main Street
14th Floor
Worcester, MA 01608

David Noonan, Esq.
Law Office of David Noonan
228 Triangle Street
Amherst, MA 01002

Joseph B. Collins, Esq.
Hendel & Collins, P.C.
101 State Street
Springfield, MA 01103

/s/ David A. Lavenburg
David A. Lavenburg, Esq.